IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | | |
|---|---|---|
| JAMIE LEE BLEDSOE, #2150627 | § | |
| VS. | § | CIVIL ACTION NO. 2:17cv589 |
| OFFICER BURCIAGA, ET AL. | § | |

ORDER OF DISMISSAL

Plaintiff Jaimie Lee Bledsoe, an inmate currently confined at the Wynne Unit within the Texas Department of Criminal Justice (TDCJ), proceeding *pro se*, filed this civil rights lawsuit proceeding alleging purported violations of his constitutional rights. The case was referred to the United States Magistrate Judge, the Honorable Roy S. Payne, for findings of fact, conclusions of law, and recommendations for the disposition of the case.

On October 21, 2019, Judge Payne issued a Report, (Dkt. #19), recommending that Plaintiff's civil rights action—a challenge to his current conviction—be dismissed pursuant to 28 U.S.C. § 1915A(b)(1). Specifically, Judge Payne found that Plaintiff's complaint was barred by *Heck v. Humphrey*, 512 U.S. 477 (1994). Plaintiff has filed timely objections, (Dkt. #21), wherein he continues to complain about his criminal conviction.

The court has conducted a careful *de novo* review of record and the Magistrate Judge's proposed findings and recommendations. *See* 28 U.S.C. §636(b)(1) (District Judge shall "make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made."). Upon such *de novo* review, the court has determined that the Report of the United States Magistrate Judge is correct, and Plaintiff's objections are without merit. Accordingly, it is

**ORDERED** that the Report of the United States Magistrate Judge, (Dkt. #19), is **ADOPTED** as the opinion of the court. Plaintiff's objections, (Dkt. #21), are overruled. Further, it is

**ORDERED** that Plaintiff's civil rights lawsuit is **DISMISSED** with prejudice to his claims being asserted again until the *Heck* conditions are met. Finally, it is

**ORDERED** that any and all motions which may be pending in this lawsuit are hereby **DENIED**.

**So Ordered this**
**Jan 2, 2020**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE